278 So.2d 369

**In re William Frank BAILEY**

v.

**Mary Myrtle BAILEY.**

**Ex parte William Frank Bailey.**

**SC 397.**

Supreme Court of Alabama.

May 31, 1973.

John W. Cooper, Birmingham, for petitioner.

No Brief for respondent.

COLEMAN, Justice.

Petition of William Frank Bailey for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Bailey v. Bailey, 278 So.2d 367 (Civ. 108).

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

286 So.2d 72

**In re Bernard Albert BALLARD**

v.

**STATE.**

**Ex parte Bernard Albert Ballard.**

**SC 584.**

Supreme Court of Alabama.

Nov. 15, 1973.

Thomas M. Haas and J. D. Quinlivan, Jr., Mobile, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Bernard Albert Ballard for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Ballard v. State, 51 Ala.App. ——, 286 So.2d 68.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

286 So.2d 857

**Ex parte Reginald V. Barber.**
**In re Reginald V. BARBER**

v.

**Lialine BARBER.**

**SC 599.**

Supreme Court of Alabama.

Dec. 6, 1973.

J. U. Blacksher, Mobile, Jack Greenberg, James M. Nabrit, III, and Norman J. Chachkin, New York City, for petitioner.

No brief for respondent.

BLOODWORTH, Justice.

Petition of Reginald V. Barber for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Barber v. Barber, 51 Ala. App. ——, 286 So.2d 852.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.